**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

OCALA Division

## CIVIL RIGHTS COMPLAINT FORM

Brenda Dixon

DC# 154252

CASE NUMBER: 5:25-CV-421 WFJ PRL
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

Officer Eugene Reed III

Warden Shelly Baker

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

Defendant

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   PLACE OF PRESENT CONFINEMENT: Lowell Correctional Institute
(Indicate the name and location)
11120 NW Gainesville Rd, Ocala, FL 34482 (R21595)

II.  EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is
required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
or detention center.  42 U.S.C. § 1997e(a).  Plaintiff is warned that any claims for which the
administrative grievance process was not completed prior to filing this lawsuit may be subject
to dismissal.
See attached

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)                                    1

A.    Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (   ) No (X)

B.    Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes (   )   No (X)

C.    If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.    Parties to previous lawsuit:

   Plaintiff(s): _____ N/A _____

   _____

   Defendant(s): ____ N/A _____

   _____

   2.    Court (if federal court, name the district; if state court, name the county):

   _____

   3.    Docket Number: _____ N/A _____

   4.    Name of judge: _____

   5.    Briefly describe the facts and basis of the lawsuit:_____

   ____ N/A _____

   _____

   6.    Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   ____ N/A _____

   _____

   7.    Approximate filing date: ____ N/A _____

   8.    Approximate disposition date: ____ N/A _____

D.    Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

DC 225 (Rev 2/2012)                    2

identify these suits below by providing the case number, the style, and the disposition of each case: _____

N/A

IV.    PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.    Name of Plaintiff: Brenda Dixon # 154252

Mailing address: 11120 N/W Gainesville Rd
Ocala, Florida 34482

B.    Additional Plaintiffs: N/A

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.    Defendant: Eugene Reed III

Mailing Address: 11120 N.W. Gainesville Rd
Ocala, Florida 34482 (work address)

Position: Correctional Officer

Employed at: Lowell Correctional Institute

D.    Defendant: Shelly Baker

Mailing Address: 11120 NW Gainesville Rd.
Ocala, Florida 34482 (work address)

DC 225 (Rev 2/2012)                      3

Position: Warden

Employed at: Lowell Correctional Institute

E.  Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

F.  Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

G.  Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

DC 225 (Rev 2/2012)                        4

V.     <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

<u>8th Amendment of the United States Constitution; Cruel & Unusual Punishment</u>

<u>Prison Rape Elimination Act</u>
<u>28 CFR part 115</u>

VI.     <u>STATEMENT OF FACTS</u>: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. <u>**Do not make any legal arguments or cite any cases or statutes.**</u> State with as much specificity as possible the facts in the following manner:

1.     Name and position of person(s) involved.
2.     Date(s).
3.     Place(s).
4.     Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.     Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

1.) Officer Eugene Reed III
2) On 10/07/2024 @ 6:50 a.m.
3) Lowell Correctional Institute-Annex m-3212 Lower
a) b) m-Dorm foyer  c) S-Dorm  d) Transfer & receiving garage
On the above date and time officer E. Reed III did enter my cell, alone, and sexually assault me. I was asleep on my back, head to the door when he entered the room. I had covered up with my dark blue hijab (muslim head dress 72in by 35in) from head to entire length of my body. Ofc Reed stood over me, reached down grabbed the fabric of the hijab, making contact with my left breast, giving it a slight squeeze. Snatched the

hijab completely off me, taking it with him. Due to the shock of the incident I was froze on the bed, in the corner. He turned towards my bunkie, Raven Laredo, threatens her ("she didn't see anything!") pivots left and leave the cell. I processed what just happened, got to the tier and yelled "I'm going to report you to the O.I.C". He turns around to face me, with hand layed over pepper spray and says; "You have said too much now, go to the Foyer, Now!" Scared he was going to spray me, I complied with his direct order. I was hoping the dorm Sergeant was in his office (in foyer), he was not. Ofc. Reed III yelled at me to put my hands on the wall, and submitt to hand restraints. First he put the leg shakles on so rough, that both ankles, by the heek, sustained cuts that bleed. Then he handcuffed me, locking each cuff past the last notch. This cut off circulation to both hands, causing bruising, swelling, pain, and numbness. At this time I started screaming, to the officer in the control center, for help. I was scared for my life, at this point. He left the foyer then, slamming metal gate, locking me inside (in restraints alone) I was alone till

*Statement of facts continued - see attached)*

VII.    <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

1.) Injunction order: Warden Baker be ordered to

Continued on page 7

## <u>STATEMENT OF FACTS- CONTINUTED</u>

Sgt. Conklin arrived. I was hysterical at this point, but I told him everything that had occurred. He told me the Captain was in route, to calm down. Captain Santiago arrived soon after. I told her the same thing. She also told me to calm down, that she was going to go talk to him. She left, but soon after Sgt. Conklin was advised to go "10-8" with pre-confinement. In route to medical was when I became aware of Ofc. Reed III had fabricated an alternate story to protect himself – a total lie at my expense. When I was being evaluated by the RN triage nurse, I attempted to file my PREA (Prison Rape Elimination Act) with her. Sgt. Conklin said I need to do that when I get to confinement. The nurse documented all injuries to wrist and ankles. I was then taken to S-Dorm holding cell-in foyer. I tried to report the PREA incident to every officer who passed by the cell no one who did acknowledge me, or would initiate PREA protocol: Sgt. White, Ofc. Robinson, Ofc. Johnson, Ofc. Hawkins, Ofc. Godwin, The Chaplain, Sgt. B, Lt. Powell. A total of 11 officials and no one did anything to help me report this. Captain Santiago came to S-Dorm as I was still in the holding cell. I said to her: "Your a woman how could you not believe me?" She said: "Say another fucking word and I will spray you in your mouth!" It took me 3 days, and repeating my plea for help to anyone who walked passed my room, to finally find an officer who would listen to me. Ofc. Rey immediately told his captain, Captain Pascual, and the process began. Although it began nobody really knew what to do, from the Captain to the nurse who did the PREA evaluation. They all were clueless on this issue. Warden Shelly Baker is responsible for the training, education, response team assembly of her employees. Through the whole process, their ignorance of PREA standard response traumatized me further. The nurse that evaluated me, couldn't find the computer program for PREA for



21 minutes, she had to call around. She wasn't certified to do the evaluation. I chose to stay in confinement after I was gave 30 days canteen restriction for the falsified disciplinary report Ofc. Reed III filed on me for disorderly conduct. I file a grievance Log #2410-314-120. (see attached) on this incident and the remedies I requested were approved.

1. That I be immediately transported, to keep me safe, to Homestead CI
2. That Disciplinary Report be removed from record Log #367-241665
3. Officer E. Reed terminated for his actions
4. That this officer be brought up on charges of sexual abuse as defined by 28 CFR part 115, standard 115.6
5. That notice of future litigation be given to all parties

I was transported to Homestead CI 11/2024. I was transported back to Lowell Correctional Institute 3/1/2025 for a CAT scan I knew nothing about, nor had I authorized it. At 3:40 pm approximately Ofc. E. Reed III came in the garage, where I waited with 3 others, to be escorted to medical and started to hum theme song from "Nightmare on Elm St." "One, two, Freddy's coming for you..." as an obvious intimidation tactic. He went to the back door, went out, came right back in. He went to the door where I stood, and left. I told the officers escorting me but was told, "I'm going home tell the officer in medical" I told the officer in medical, she did nothing. I also was called to classification to Mrs. Johnson for my PREA "check-in". I answered "Yes" to: "Do you feel retaliation" "Are you in fear for you life" She only said "I'll run this by Mr. Blanks" I never heard anything from them. I filed a formal grievance to for the institution to put into action all remedies requested and approved in grievance Log #2410-314-120. I have multiply encounters with Ofc. Reed III with me being verbally abused and taunted. Targeted by colleagues during two mass shakedowns where property of mine came up missing. Was told they wouldn't take legal property,



but they did. Was advised by them "Don't come to prison" as a response. A copy of my PREA grievance laying on my bed, when it was in a file in locker. Making a statement and causing me to live in fear more. I was done with medical in march, yet I still remain at Lowell Correctional Institute. My bunkie at the time of incident was scared for her safety if she told the truth, she no longer is and willing to make a statement. The inspector closed this case because I didn't have any physical evidence. It came down to His word and mine. She of course chose HIS, but his actions when I arrived back here, proves mine. Warden Baker failed to protect by allowing me to remain on this compound, in light of recent history, with Ofc. E. Reed III.

(6)(3)

ToTrain all staff in PREA Standards, set up Response Team for PREA victims, and penalize Staff that fail to report PREA Issues 2) An order to be interstate compact transferred (western USA) for my Safety and protection.

Damages: Punitive & compensatory: awarded for the total amount $250,000.⁰⁰ deposited in my Inmate account. Filing fee be paid by defendant

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 26 day of June, 2025.

_____

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _____ day of 30 , June, 20 25.

PROVIDED TO
Lowell Correctional Work

JUN 30 2025

BY: _____ for mailing

DC 225 (Rev 2/2012)                    7